UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ANTONY LAWRENCE,

    Plaintiff,

vs.

C.D.C.R.; JERRY BROWN; JOHN MARSHALL; M. A. COOK; L. JOHNSON; D. CONOVER; and Warden G. D. LEWIS;

    Defendants.

No. C 12-3710 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. In the initial review order the court concluded that plaintiff had failed to state a claim and dismissed the complaint with leave to amend within thirty days. Although the time to amend has expired, petitioner has not amended. This case is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: November 13, 2012.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\CR.12\Lawrence3710.dsm.wpd